UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF IOWA WESTERN DIVISION

| | |
|---|---|
| CITY OF COUNCIL BLUFFS, IOWA, | ) |
| Plaintiff, | ) ) ) ) ) ) ) |
| v. | ) Civ. No. 1:17-cv-00033-SMR-CFB |
| UNITED STATES DEPARTMENT OF THE INTERIOR; RYAN K. ZINKE, in his official capacity as Secretary of the United States Department of the Interior; NATIONAL INDIAN GAMING COMMISSION; JONODEV OSCEOLA CHAUDHURI, in his official capacity as Chairman of the National Indian Gaming Commission; and KATHRYN ISOM-CLAUSE, in her official capacity as Vice Chair of the National Indian Gaming Commission, | ) ) ) ) ) SCHEDULING ORDER ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

COMES NOW the Plaintiff City of Council Bluffs, Iowa, ("City") , Defendants the United States Department of the Interior, Secretary Ryan K. Zinke, Defendants the National Indian Gaming Commission, Jonodev Osceola Chaudhuri, Chairman of the National Indian Gaming Commission and Kathryn Isom-Clause, Vice Chairman, (collectively referred to as the "Federal Defendants") (collectively the "Parties") consistent with LR 16(h), hereby submit this Proposed Scheduling Order for the Court's consideration setting forth the Parties' deadlines for the filing of the administrative record and briefing schedule.

| DATE | EVENT |
|---|---|
| June 22, 2018 | Production of the Administrative Record |
| | *City to informally raise any concerns with the Federal Defendants regarding the adequacy/completeness of the Administrative Record and make an effort to reach an agreement before filing any Motion to Supplement* |
| July 23, 2018 | Deadline to Object to the Record. *City shall file any/all motions related to the Administrative Record ("AR") including Motions to Supplement the Record, Complete the Record and any motions related to a privilege log, if required, by this date.* |
| August 21, 2018 | City to file Motion for Summary Judgment |
| October 8, 2018 | Federal Defendants to file Response/Cross Motions for Summary Judgment |
| November 7, 2018 | City's Response to Cross Motion for Summary Judgment and Reply in support of Motion for Summary Judgment |
| December 7, 2018 | Federal Defendants to file Reply to Cross Motion for Summary Judgment |

The Parties agree that the matter will likely be disposed of by motions for summary judgment, based on the Administrative Record. This schedule is proposed based on the assumption that there will be no disagreement regarding the contents of the Administrative Record, or any disagreement may be quickly resolved through informal conference of the Parties. If there is a Motion to Supplement, the Parties anticipate needing to stay briefing in order to resolve any record issue before the Parties proceed to merits briefing.

The Parties do not consent to a magistrate judge for trial. The Parties defer to the Court's usual process regarding procedural issues that may be assigned to a magistrate judge.

Counsel for all parties will work with each other to avoid costs where practicable.

It is the position of the Parties that Fed. R. Civ. P. 26 and 16 do not apply because this is an APA case.

The Parties agree that the proposed manner for addressing the Administrative Record moots the need for formal disclosures under Fed. R. Civ. P. 26 and moots the need to reach agreement as to expert witness reports, pretrial conference and trial dates under LR 16 and 16A.

DATED THIS 24th day of May, 2018

*[signature]*
_____
United States Magistrate Judge

Dated: This 22nd day of May, 2018.

Approved as to Form:

| | |
|---|---|
| | Jeffrey H. Wood, Acting Asst. Atty. General |
| | Environment & Natural Resources Division |
| */s/ Richard Wade* | |
| | */s/ JoAnn Kintz* |
| Richard Wade, City Attorney for Council Bluffs | |
| 209 Pearl Street | JoAnn Kintz, US. Department of Justice |
| Council Bluffs, Iowa 51503 | Indian Resources Section |
| Tel. (712) 328-4620 | P.O. Box 761 |
| Fax. (712) 322-9255 | Washington, DC 20044 |
| | Tel. (202)305-0424 |
| | Fax. (202) 305-0275 |
| *Counsel for Plaintiff* | joann.kintz@usdoj.gov |
| | |
| | AND |
| | |
| | MARC KRICKBAUM, United States Attorney |
| | Southern District of Iowa |
| | |
| | */s/ William C. Purdy* |
| | 110 E. Court Avenue, Suite 286 |
| | Des Moines, IA 50309 |
| | Tel. (515) 473-9315 |
| | Fax (515) 473-9282 |
| | bill.purdy@usdoj.gov |
| | |
| | *Counsel for Defendants* |